IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___CG___ D.C.

05 OCT 18 AM 10: 37

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

|  |  |  |
|---|---|---|
| ELBERT MANGUM, | X | |
| Plaintiff, | X | |
| vs. | X | No. 05-2363-Ml/P |
| JOHN E. POTTER, | X | |
| Defendant. | X | |

ORDER TO ISSUE SERVICE OF PROCESS

Plaintiff Elbert Mangum filed a <u>pro se</u> employment discrimination complaint pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-16. On August 11, 2003, the Court directed Mangum to pay the filing fee and amend his complaint. On August 31, 2005, Mangum paid the filing fee. On September 21, 2005, Mangum filed an amended complaint with exhibits.

Within thirty (30) days of the date of entry of this order, the plaintiff shall personally appear at the Clerk's office and, upon presentation of a copy of this order, the Clerk shall provide plaintiff three (3) blank, unsigned summonses. Pursuant to Fed. R. Civ. P. 4(b), the plaintiff is responsible for properly filling out the summonses and presenting them to the Clerk for signature and seal. If the summonses are in proper form, the Clerk shall sign, seal, and issue them to the plaintiff for service on the defendant.[1]

---

[1] Plaintiff also must comply with Rule 4(c)(2), which requires, in part: "Service may be effected by any person who is not a party and who is at least 18 years of age."

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _10-18-05_

The plaintiff is responsible for ensuring that service is effected on defendant Potter pursuant to Fed. R. Civ. P. 4(i)(2)(A).[2]

It is ORDERED that the plaintiff shall serve a copy of every further document filed in this cause on the attorney for the defendant, or on the defendant if it has no attorney. The plaintiff shall make a certificate of service on every document filed. The plaintiff shall familiarize himself with the Federal Rules of Civil Procedure and the local rules of this Court.

The plaintiff shall promptly notify the Clerk of any change of address or whereabouts. Failure to comply with these requirements, or any other order of the Court, may result in this case being dismissed without further notice.

The plaintiff is advised that the time limit set forth in Fed. R. Civ. P. 4(m) shall commence running on the date of entry of this order.

IT IS SO ORDERED this __17__ day of October, 2005.

JON PHIPPS MCCALLA
UNITED STATES DISTRICT JUDGE

---

[2] Pursuant to Fed. R. Civ. P. 4(i)(2)(A), the plaintiff is required to serve the United States attorney for this district, the Attorney General of the United States, and the Postmaster General.

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:05-CV-02363 was distributed by fax, mail, or direct printing on October 18, 2005 to the parties listed.

---

Elbert Mangum
3531 Big Bend
Memphis, TN 38116

Honorable Jon McCalla
US DISTRICT COURT